# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

STEPHANIE OVERTON,

      Plaintiff,

  v.

STP PRODUCTS MANUFACTURING CO.,

      Defendant.

Case No. 3:20-cv-95

JUDGE DOUGLAS R. COLE

## ORDER

The Court has been advised that this action has settled. The Court therefore **DISMISSES WITH PREJUDICE** this action, but provides that any party may, within **30 days** and upon good cause shown, reopen the action if settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    SO ORDERED.

October 26, 2020
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**